UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MADELINE SALCEDO,**

          **Plaintiff,**

-vs-                           **Case No. 6:11-cv-738-Orl-28DAB**

**CHARTER OAK FIRE INSURANCE COMPANY,**

          **Defendant.**

___

# ORDER

This case is before the Court on Plaintiff's Motion to Remand (Doc. No. 7) filed May 13, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 14, 2011 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. No. 7) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this ___6th___ day of July, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record